# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136816

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TARA N. GIVENS,
       Defendant-Appellant.

SC: 136816
COA: 278600
Oakland CC: 92-121356-FC

_____/

      On order of the Court, on receipt of notice that the defendant died during the pendency of the appeal, the Court, on its own motion, dismisses the application for leave to appeal as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117